

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00560-CR

Nico Allen-Antonio **COGDILL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 18th District Court, Johnson County, Texas
Trial Court No. F45973
John Edward Neill, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 23, 2013. Appellant's appointed counsel, Ms. Shelly D. Fowler, has been granted one previous extension, until January 22, 2014. On January 21, 2014, Ms. Fowler filed a second request asking for a sixty-day extension. The motion is GRANTED, and it is ORDERED that appellant's brief shall be filed <u>no later than March 24, 2014</u>. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court